## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**HENRY SANTINAC, on behalf of**
**himself and those similarly situated,**

        **Plaintiff,**

**versus**                       **CASE NO.: 1:15cv-00270-LG RHW**

**ERT Quality Solutions, LLC, an**
**Oklahoma Limited Liability Company,**

        **Defendant**

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) HENRY SANTINAC and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s)

Respectfully submitted, this the  2nd  day of August, 2016.

        **PLAINTIFF, HENRY SANTINAC**

        *s/Virginia L. LoCoco*
        VIRGINIA L. LoCOCO, Bar No. 8483
        JOSEPH A. LOCOCO, Bar No. 9537
        LoCoco and LoCoco, P.A.
        10243 Central Avenue
        P.O. Box 6014
        D'Iberville, MS 39540
        Telephone No. 228-392-3799
        Facsimile No.  228-392-3890
        virginia.lococo@lococolaw.com
        joseph.lococo@lococolaw.com